

**OFFICE OF COMPLIANCE, ETHICS & EQUAL OPPORTUNITY**

| ETHICS Point: | EP 6195 |
|---|---|
| CASE NUMBER: | Click or tap here to enter text. |
| REPORTER & TITLE/ AFFILIATION: | Stephen Bishop, faculty |
| COMPLAINANT &TITLE/ AFFILIATION: | ███████, student |
| RESPONDENT(S) &TITLE/ AFFILIATION: | Skyler Sheldon, student |
| ALLEGATIONS & BASIS | HE/SH, sexual assault, rape |
| PATTERN: | None. |
| INITIAL SAFETY CONCERNS: | None. |
| DATE RECEIVED: | 3/4/2022 |

## JURISDICTION REVIEW

☐ CP not participating          ☐ Weapons used
☐ Previous violations report    ☐ Drugs used
☐ Patterns of behavior          ☐ Location
☐ 180 days (if exceeds: severe or impact)   ☐ Multiple cases involving RP

**Describe allegations/safety concerns:** HE/SH, sexual assault, rape: CP reported to faculty member (reporter) that she was raped by RP in April of 2021. Rape kit was done with SANE. RP was overseas last semester, but is back now, his presence is impacting her studies and she is worried he might do the same to someone else. Faculty member walked her over to the WRC and she is connected with Aine McCarthy. OR #1 sent 03/04/22. OR #2 sent 03/21/22. No response yet.

| **Determination:**<br>☒ Jurisdictional<br>☐ Not Jurisdictional<br>☐ RP Not Affiliated<br>☐ Unknown RP<br>☐ No response from CP<br>☐ Other Informal Resolution | ☐ Safety Concerns<br>☐ Withdrawn<br>☐ Insufficient Information<br><br>**Pattern Checks:**<br>☐ Needed for JX Decision<br><br>**Failure to Report:**<br>☐ Someone Knew<br>☐ Did Not Tell CEEO |
|---|---|

**Director/Coordinator comments:** Proceed with CP election. If no response, okay to close.

**Review completed by:** Angela Catena   **Date:** 3/30/2022
(☐ CEEO Director/ ☒ Title IX Coordinator)



DEFENDANT'S EXHIBIT 1

☐ **University acting as Complainant**     **Management:** Click or tap here to enter text.

**Date:** Click or tap to enter a date.

| | |
|---|---|
| **Failure to Accommodate:**<br>☐ Religion<br>☐ Pregnancy<br>☐ University out on Notice<br>☐ Refused or Interfered with Accommodation | **Differential Treatment:**<br>☐ Protected Status<br>☐ Similar Situated |
| **Harassment:**<br>☐ Protected Status<br>☐ Severe<br>☐ Pervasive<br>☐ Power | **Sexual Harassment:**<br>☒ Sexual in Nature<br>☒ Severe<br>☐ Pervasive<br>☐ Power |
| **Sexual Harassment (QPQ) in Term or Condition of Academic or Work:**<br>☐ Submission Explicit<br>☐ Submission Implicit<br>☐ Power | **Sexual Violence:**<br>☒ Physical Sexual Act<br>☒ Nonconsensual<br>☐ Force Coercion<br>☐ Unable to Consent |
| **Stalking:**<br>☐ Knowingly Pursue Pattern of Conduct<br>☐ Directed at a Specific Individual<br>☐ Person in Reasonable Apprehension of<br>☐ Personal Safety/ Wellbeing | **Sexual Exploitation:**<br>☐ Act of Likeness Distributed/ Transmitted<br>☐ No Consent or No Knowledge<br>☐ Indecent Exposure/ Voyeurism<br>☐ Photographed/Recorded<br>☐ Took Sexual Advantage |
| **IPV – Includes Dating and Domestic Violence:**<br>☐ Sexual or Romantic Relationship<br>☐ Physical/ Emotional/ Psychological/ Financial Violence<br>☐ Fear/Intimidation/Coercion | **Retaliation:**<br>☐ Engaged in Protected Activity<br>☐ Adverse Treatment |
| **Disparate Impact:**<br>☐ Applicable Policy/Procedure<br>☐ Outcome Disparity based on Protected Status when applied<br>☐ Substantial Need for Policy/Practice<br>☐ Equally Effective Alternative Policy/Practice | **Failure to Report:**<br>☐ Responsible Employee<br>☐ Knowledge of Potential Violation<br>☐ Failed to report to CEEO w/n 24hrs |