| | |
|---|---|
| **From:** | Michelle Sanchez |
| **To:** | Skyler Sheldon |
| **Subject:** | Notice of Jurisdiction CEEO #I-2022-6195 |
| **Date:** | Wednesday, July 20, 2022 4:52:51 PM |
| **Attachments:** | image001.png |

Good afternoon,

This email serves as notice that CEEO has accepted jurisdiction of the Formal Complaint filed with our office on March 4, 2022. CEEO is proceeding with a formal investigation. The claim alleges Skyler Sheldon (herein Respondent), UNM Undergraduate Student, subjected Delia Bradley (herein Complainant), UNM Undergraduate Student, to Sexual Harassment-Sexual Assault based on sex and gender. This email serves as notice that CEEO has accepted jurisdiction of this claim. I am the CEEO investigator assigned to your case.

You may bring a support person with you to any CEEO meeting. A support person can be anyone of your choosing, provided they are not a potential witness to the issues being investigated. A support person's role is to guide you through the CEEO process; however, they cannot speak on your behalf. You may also select an Advisor of your choice, who will also participate in any live hearing that may result from a CEEO investigation. Again, this person may not speak on your behalf, but may act as a guide through the CEEO process.

**FACTS**

Complainant alleges the following, in violation of University Administrative Policy 2740: Sexual Harassment Including Sexual Assault, and UNM Student Code of Conduct 2.1, 2.2, and 2.18, and are as follows:

1. Complainant states that she attended an off-campus party on the evening of April 24, 2021.
2. Complainant states that she saw Respondent at the party along with his roommate, Wesley, whose last name she did not know.
3. Complainant recognized Respondent as they were both participants in a Youth Music Exchange program while in high school.
4. Complainant states she had not seen Respondent since high school, and so they hung out and talked at the party.
5. Complainant states that she was living in a bad neighborhood and didn't want to go back home after the party as it was late at night.
6. Complainant states that Respondent said he had extra room in his dorm room at Casas [del Rio], and so Complainant went to Respondent's room with him.
7. Complainant states that Respondent raped her, penetrating her vaginally.
8. Complainant states she recalls being in pain and Respondent telling her to scream.
9. Complainant states that roommate Wesley may have been in the room at some point during the night.

DEFENDANT'S EXHIBIT 2

10. Complainant states Respondent and roommate Wesley drove her home the following morning.

Please note that facts will continue to develop as the case is investigated. You will have the opportunity to respond to all facts and allegations during the investigative process.

## WITNESSES AND EVIDENCE

You will have several opportunities during this investigation to provide evidence. This includes providing witnesses for me to speak with. CEEO cannot compel witnesses to participate in the investigative process; I will contact witnesses to obtain their participation.

You also have the right to submit questions you would like to pose to the Complainant and any of the witnesses. I will determine if the questions are relevant and how to phrase them when asked. Witness names and statements will be provided to you before the close of the investigation, and you can submit questions at that time.

You are encouraged to submit any documentary evidence you may have, including written documents, photos, recordings, as well as any electronic documents, such as email, social media, text messages, or phone records. CEEO has no subpoena power or the authority to compel document production but will make efforts to obtain evidence to the extent it is able.

University Administrative Policy 2720: Prohibited Discrimination and Equal Opportunity and University Administrative Policy 2740: Sexual Harassment Including Sexual Assault prohibit making false statements to the University, which includes statements given in a CEEO investigation. Individuals who provide false information or misdirect an investigation – whether through falsehood or omission – may be subject to disciplinary action.

## STANDARD OF PROOF

You are presumed not to have violated University policy until the evidence shows otherwise. At the conclusion of a CEEO investigation, the matter is sent to the University Hearing Officer, who hears the evidence during a live hearing and uses the preponderance of the evidence standard in making a determination, meaning that the relevant evidence demonstrates it is more likely than not that a policy violation occurred.

## RESOURCES

If a CEEO investigation proceeds to a live hearing, you are required to have an Advisor of your choice, who will guide you through the hearing process and conduct cross-examination on your behalf. If you do not have an Advisor for the purpose of the live hearing, UNM will provide you with a university-appointed Advisor.

I want to be sure that you are aware of all the resources available to you regarding this type of

situation. The Dean of Students Office can help connect you with resources and help you navigate through the University process from here forward. They can also assist with any academic or housing concerns you may have related to this incident. You can reach the Dean of Students office at (505) 277-3361 and ask to speak with a Respondent Support Representative.

If you need a support person, please let me know so I can arrange for a representative to be present for our meeting.

Additionally, counselors at Student Health and Counseling (277-3136) are available to speak with you.

**RETALIATION**
University Administrative Policy 2720 (13): Prohibited Discrimination and Equal Opportunity and University Administrative Policy 2740 (4): Sexual Harassment Including Sexual Assault **prohibit retaliation** against anyone for raising concerns or participating in a CEEO process. Please take care not to engage in any type of retaliatory behavior or behavior that could be perceived to be retaliatory.

I would like to meet with you to review the specific allegations, the process, and your rights and responsibilities. You do not have to participate in any process or make any decisions now, but I would like to speak with you so you can make an informed decision about possible next steps. Please provide me with a list of **3-4 dates and times** you are available within the next week so we may schedule a Zoom meeting. CEEO does not schedule appointments on Fridays, as these days are reserved for writing.

If you have any questions, please feel free to contact me.

*Michelle Sanchez*
(she/her/hers)
Compliance Manager
(505) 277-5251

Requesting training? Click here!
Compliance, Ethics & Equal Opportunity | The University of New Mexico (unm.edu)



CONFIDENTIALITY NOTICE: The foregoing message and any attachments may contain confidential information. The recipient should keep such communications confidential and not forward them without express, written permission. If you received this message by mistake, please return it to sender and then delete the message. Thank you.

<u>Please do not send CEEO any Protected Health Information (PHI) via email.</u> PHI is any information in a medical record or record set that can be used to identify an individual and that was created, used, or disclosed in the course of providing health care, such as diagnosis or treatment. This could include diagnoses, treatment information, medical test results, prescriptions, combined with demographic information (e.g., birth dates, gender, ethnicity, and contact information). Instead, please fax or mail PHI to (505) 277-1356 or 609 Buena Vista Drive NE, Albuquerque, NM 87131-0001.