**UNM HEARING OFFICE**

## *Victim Rights Law Center et al. v. Cardona*

There has been an update regarding the Department of Education's regulations implementing Title IX of the Education Amendments of 1972, as amended in 2020. On July 28, 2021, a federal district court in Massachusetts issued a decision in *Victim Rights Law Center et al. v. Cardona*, No. 1:20-cv-11104, 2021 WL 3185743 (D. Mass. July 28, 2021). This case was brought by several organizations and individuals challenging the 2020 amendments to the Title IX regulations.

In accordance with the court's order, the Department will immediately cease enforcement of the part of § 106.45(b)(6)(i) regarding the prohibition against statements not subject to cross-examination. Postsecondary institutions are no longer subject to this portion of the provision.

In practical terms, a decision-maker at a postsecondary institution may now consider statements made by parties or witnesses that are otherwise permitted under the regulations, even if those parties or witnesses do not participate in cross-examination at the live hearing, in reaching a determination regarding responsibility in a Title IX grievance process.

Please refer the UN Department of Education, Office of Civil Rights for further information:
https://www2.ed.gov/about/offices/list/ocr/blog/20210824.html?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=

DEFENDANT'S EXHIBIT 4