**From:** Michelle Sanchez <​​​​​​​​​​​​​​​​>
**Sent:** Tuesday, July 18, 2023 6:02:44 AM
**To:** Skyler Sheldon <​​​​​​​​​​​​>
**Cc:** Carey Bhalla <​​​​​​​​​​​​​​​​​​​​​​​​​​>; Taylor Smith <​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Amended Final Investigative Report CEEO #I-2022-6195

Good afternoon,

Attached is a copy of the amended Final Investigative Report. The video recordings obtained from UNM Police Department can be accessed through the link below and are available to view for thirty (30) days. Please let me know if you have any questions or difficulty accessing the link.

The amended Final Investigative Report and attachments will be forwarded to the UNM Hearing Coordinator to begin the grievance hearing process. ==The investigation is considered closed by CEEO.==

[Exhibit 6 UNM PD Evidence](#)

*Michelle Sanchez*
(she/her/hers)
Compliance Manager

Requesting training? Click [here](#)!
[Compliance, Ethics & Equal Opportunity | The University of New Mexico (unm.edu)](#)



OFFICE OF COMPLIANCE, ETHICS & EQUAL OPPORTUNITY

CONFIDENTIALITY NOTICE: The foregoing message and any attachments may contain confidential information. The recipient should keep such communications confidential and not forward them without express, written permission. If you received this message by mistake, please return it to sender and then delete the message. Thank you.

Please do not send CEEO any Protected Health Information (PHI) via email. PHI is any information in a medical record or record set that can be used to identify an individual and that was created, used, or disclosed in the course of providing health care, such as diagnosis or treatment. This could include diagnoses, treatment information, medical test results, prescriptions, combined with demographic information (e.g., birth dates, gender, ethnicity, and contact information). Instead, please fax or mail PHI to (505) 277-1356 or 609 Buena Vista Drive NE, Albuquerque, NM 87131-0001.

**EXHIBIT 4**