IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    Plaintiff,

vs.                                                           1:23-cv-00813-KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*ET AL.*,

    Defendants.

## **ORDER**

THIS MATTER is before the Court *sua sponte*. The parties held a Telephonic Status Conference on April 16, 2024, at 10:00 A.M. in which they agreed to stay the proceedings in this matter pending administrative resolution of the UNM Title IX action. Docs. 33, 34, 35. Accordingly, this Court held that the proceedings in this matter will be temporarily stayed until the administrative case at UNM is resolved. Doc. 35. Therefore, it appears that the motions for temporary restraining orders are now moot. The Court therefore denies the current, pending motions for temporary restraining orders (Docs. 8 and 25) as moot without prejudice.

    IT IS SO ORDERED.

                                                        /s/
                                                  KEA W. RIGGS
                                                 UNITED STATES DISTRICT JUDGE