IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    Plaintiff,

v.                                          No. Civ. 1:23-813 KWR/KRS

UNIVERSITY OF NEW MEXICO, et al.,

    Defendants.

### ORDER FOR BI-MONTHLY STATUS REPORTS

THIS MATTER is before the Court *sua sponte* and upon review of the record. On April 17, 2024, the presiding judge granted the parties' Motion to Stay Proceedings pending the administrative resolution of the UNM Title IX action, and ordered Plaintiff to file bi-monthly status reports beginning on June 1, 2024 and continuing on the first of every other month until the UNM matter is resolved. (Doc. 35). Plaintiff has not filed any status reports since that Order was entered.

IT IS THEREFORE ORDERED that Plaintiff shall file a status report **no later than Monday, July 15, 2024**.

IT IS FURTHER ORDERED that Plaintiff shall file bi-monthly status reports **beginning August 1, 2024** and continuing on the first of every other month until the UNM matter is resolved.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE