## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

     *Plaintiff,*

v.                                    Civ. No:  23-CV-813 KWR/KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

     *Defendants.*

## PLAINTIFF SHELDON'S FIRST STATUS REPORT

As directed by the Court, Plaintiff Sheldon files his first, bi-monthly status report in this matter.  *See* Order for Bi-Monthly Status Reports, Dkt. 37.  The status of the Title IX proceedings at the University of New Mexico are as follows:

1. On November 29, 2023, UNM held a Title IX hearing in Plaintiff Sheldon's case.

2. On March 13, 2024, UNM disclosed the decisions of UNM's Hearing Officer and the Dean of Students in the underlying Title IX matter.

3. On March 25, 2024, Plaintiff Sheldon appealed both of those decisions.

4. On July 1, 2024, after considering Plaintiff Sheldon's appellate arguments, UNM's President Stokes overruled the decisions of UNM's Hearing Officer and the Dean

of Students, determining, without deciding all the appellate issues, that Plaintiff Sheldon's right to cross-examination had been unfairly compromised during the underlying Title IX investigation and hearing.

5. On July 1, 2024, UNM's President Stokes then dismissed the underlying Title IX case against Plaintiff Sheldon.

6. UNM's President Stokes informed the parties that they had a right to file a discretionary appeal with UNM's Board of Regents no later than July 11, 2024.

7. The time to file a discretionary appeal has not yet expired.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

MARC LOWRY
500 4th Street, NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1433 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of July, 2024, I filed the foregoing pleading electronically through the Court's CM/ECF System, which caused all counsel of record to be served by electronic means.

/s/ *Marc M. Lowry*
ROTHSTEIN DONATELLI LLP