UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

      *Plaintiff,*

v.      No. 1:23-cv-00813-KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacity,*
ANGELA CATENA,
*in her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity.*

      *Defendants.*

## PLAINTIFF SHELDON'S SIXTH STATUS REPORT

As directed by the Court, Plaintiff Sheldon files his sixth bi-monthly status report in this matter. *See* Order for Bi-Monthly Status Reports, Dkt. 37. The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

    1.    As discussed in the last Status Report, UNM is setting a third Title IX hearing even though UNM has failed to establish jurisdictional compliance Title IX and the Department of Education's Title IX regulations.

    2.    At this time, UNM has scheduled a Title IX hearing for May 21, 2025 at 9:00 a.m.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc Lowry*
MARC LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 1st day of April 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

> */s/ Marc Lowry*
> **ROTHSTEIN DONATELLI LLP**