UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    *Plaintiff*,

v.                                                       No: 1:23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

    *Defendants*.

**PLAINTIFF SHELDON'S SEVENTH STATUS REPORT**

As directed by the Court, Plaintiff Sheldon files his sixth bi-monthly status report in this matter. See Order for Bi-Monthly Status Reports, Dkt. 37. The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. Undersigned counsel was recently diagnosed with cancer and is currently undergoing evaluation for treatment at the Mayo Clinic.

2. The Title IX Hearing scheduled on May 21, 2025 at 9:00 a.m. was vacated due to this diagnosis.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of June 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
**ROTHSTEIN DONATELLI LLP**

2