UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

      *Plaintiff*,

v.                                                                                   No:  23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

      *Defendants*.

**PLAINTIFF SHELDON'S EIGHTH STATUS REPORT**

      As directed by the Court, Plaintiff Sheldon files his eighth bi-monthly status report in this matter.  See Order for Bi-Monthly Status Reports, Dkt. 37 and Order for another status report by September 2, 2025 Dkt. 49.  The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. The Title IX Hearing that had been scheduled for May 21, 2025 at 9 a.m. has not yet been rescheduled by the UNM Hearing Office.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
**ROTHSTEIN DONATELLI LLP**