IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    Plaintiff,

v().  Case No. 1:23-cv-00813-KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university*,
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities*,
ANGELA CATENA,
*in her official capacity*,
MICHELLE SANCHEZ,
*in her official capacity*,
and
BEN ZINKE,
*in his official capacity*,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendants move to substitute their counsel pursuant to D.N.M.LR-Civ. 83.8(a). As grounds for this motion, Defendants state:

1. Stiff, Garcia & Associates, LLC (Ed Snow, John S. Stiff, and Julia Yvette Parsons), Counsel of record for all Defendants, seeks to withdraw and Conklin, Woodcock, Ziegler & Hazlett, P.C. (John K. Ziegler and Taylor F. Hartstein) seeks to enter its appearance as counsel for all Defendants.

2. Substitution is necessary due to Defendants' representation in this matter having changed as described in this Motion.

3. Defendants consent to this Motion.

4. Counsel for Plaintiff does not oppose this Motion.

WHEREFORE, Defendants' respectfully request that the Court enter an order granting Defendants' Motion for Withdrawal and Substitution of Counsel and permitting John K. Ziegler and Taylor F. Hartstein of Conklin, Woodcock, Ziegler & Hazlett, P.C. to enter their appearance as substitute counsel.

Respectfully submitted,

CONKLIN, WOODCOCK, ZIEGLER
& HAZLETT, P.C.

By: */s/ Taylor Hartstein*
John K. Ziegler
Taylor F. Hartstein
320 Gold Ave., Suite 800
Albuquerque NM 87102
jkz@conklinfirm.com
tfh@conklinfirm.com
Telephone: (505) 224-9160
*Attorneys for Defendants*

AND

STIFF, GARCIA & ASSOCIATES, LLC

By:*/s/ John Stiff* (via email August 26, 2025)
Ed Snow
John S. Stiff
Julia Yvette Parsons
500 Marquette Ave NW, Suite 1400
Albuquerque, NM 87102
esnow@stifflaw.com
jstiff@stifflaw.com
jparsons@stifflaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The HEREBY CERTIFY that on 10th day of September 2025, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Taylor Hartstein*
Taylor F. Hartstein