UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    *Plaintiff*,

v.                                          No: 23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

    *Defendants*.

**PLAINTIFF SHELDON'S NINTH STATUS REPORT**

As directed by the Court, Plaintiff Sheldon files his ninth status report in this matter. *See* Order for Bi-Monthly Status Reports, Dkt. 37 and Order for another status report by November 3, 2025 or within seven days of the Title IX hearing whichever is earlier (Dkt. 51). The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. The Title IX Hearing has been rescheduled by the UNM Hearing Office for October 29, 2025 at 9:00 a.m.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of October 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
**ROTHSTEIN DONATELLI LLP**