UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    *Plaintiff*,

v.                                                                                              No: 23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

    *Defendants*.

**PLAINTIFF SHELDON'S TENTH STATUS REPORT**

As directed by the Court, Plaintiff Sheldon files his tenth status report in this matter. *See* Order for Bi-Monthly Status Reports, Dkt. 37 and Order for another status report (Dkt. 57). The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. UNM proceeding to a formal Title IX Hearing on October 28-29, 2025, despite having failed to follow the United States Department of Education's regulations governing such hearings. *See* 34 C.F.R. § 106.45(b)(1)(i) (2022) (requiring UNM to follow "a grievance process that complies with this section ***before the imposition of any***

*disciplinary sanctions or other actions* that are not supportive measures as defined in § 106.30, against a respondent") (emphasis added).

2. UNM's Title IX Hearing Officer took the matter under advisement and will make a decision on the allegations in the near future.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of Novermber 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
ROTHSTEIN DONATELLI LLP