UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SKYLER SHELDON,

    *Plaintiff*,

v.                                        No: 23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

    *Defendants*.

## PLAINTIFF SHELDON'S ELEVENTH STATUS REPORT

As directed by the Court, Plaintiff Sheldon files his eleventh status report in this matter. *See* Order (Dkt. 59). The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. Despite having been informed by Hearing Officer at the October 2025 hearing that a decision would be made on the Title IX case during the following month, as of today's date no decision has been reported to Mr. Sheldon.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
Marc M. Lowry
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December 2025, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
Rothstein Donatelli LLP