**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SKYLER SHELDON,

       *Plaintiff,*

v.                                         No:  23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

       *Defendants*.

**PLAINTIFF SHELDON'S THIRTEENTH STATUS REPORT**

As directed by the Court, Plaintiff Sheldon files this thirteenth status report in this matter. The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. On April 13, 2026, UNM forwarded a copy of the Hearing Officer's Summary and Decision to undersigned counsel while he was on vacation.

2. Without resolving any of the procedural and jurisdictions defects that Plaintiff Sheldon had raised in his 2024 appeal, UNM made an administrative ruling unfavorable to Plaintiff Sheldon.

3. On May 1, 2026, Plaintiff Sheldon filed an appeal of the April 13, 2026, decision to the Office of the President, as permitted under UNM's rules.

4. That appeal remains pending.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May 2026, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
ROTHSTEIN DONATELLI LLP
