**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**


SKYLER SHELDON,

     *Plaintiff*,

v.                                      No:  23-CV-00813 KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university,*
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS,
*in their official capacities,*
ANGELA CATENA,
*In her official capacity,*
MICHELLE SANCHEZ,
*in her official capacity,*
and
BEN ZINKE,
*in his official capacity,*

     *Defendants*.


**PLAINTIFF SHELDON'S FOURTEENTH STATUS REPORT**

As directed by the Court, Plaintiff Sheldon files this fourteenth status report in this matter. The status of the Title IX proceedings at the University of New Mexico ("UNM") is as follows:

1. As stated in the thirteenth status report, Plaintiff Sheldon filed an appeal of an adverse hearing officer's decision to the Office of the President, as permitted under UNM's rules, on May 1, 2026.

2. On June 26, 2026, UNM's President Stokes, for the third time, reversed the hearing officer's decision, deciding that Mr. Sheldon's "inability to cross-examine the Complainant and other witnesses in this case warrants reversal."

3.  Under UNM's procedural rules, the complaining party has ten days to appeal President Stokes' decision.

Respectfully submitted,

**ROTHSTEIN DONATELLI LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street NW, Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 – office
(505) 242-7845 – fax
mlowry@rothsteinlaw.com

*Attorney for Plaintiff Skyler Sheldon*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June 2026, I filed the forgoing pleading electronically through the Court's CM/ECF System, which cause counsel of record to be served by electronic means.

*/s/ Marc M. Lowry*
ROTHSTEIN DONATELLI LLP