**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

SKYLER SHELDON,

       Plaintiff,

v.                                                                Case No. 1:23-cv-00813-KWR-KRS

THE UNIVERSITY OF NEW MEXICO,
*a public university*,
THE UNIVERSITY OF NEW MEXICO
BOARD OF REGENTS, *in their official capacities*,
ANGELA CATENA, *in her official capacity*,
MICHELLE SANCHEZ, *in her official capacity*,
and BEN ZINKE, *in his official capacity*,

       Defendants.

**RESPONSE TO PLAINTIFF SHELDON'S FIFTEENTH STATUS REPORT**

COMES NOW Conklin, Woodcock, Ziegler & Hazlett, P.C., on behalf of all Defendants,

and files this response to Plaintiff Sheldon's Fifteenth Status Report in accordance with the Court's

Order [Doc 69] issued on August 4, 2026.  Defendant concurs with Plaintiff that the Title IX case

against Plaintiff has been terminated.

       Respectfully Submitted,

       CONKLIN, WOODCOCK, ZIEGLER & HAZLETT P.C.

       By:   */s/ Jacqueline Miller*
           Joseph C. Haupt
           Jacqueline L. Miller
           John K. Ziegler
           320 Gold SW, Suite 800
           Albuquerque, NM 87102
           Tel. (505) 224-9160
           Fax (505) 224-9161
           jch@conklinfirm.com
           jlm@conklinfirm.com
           jkz@conklinfirm.com
           *Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


 */s/ Jacqueline L. Miller*
Jacqueline L. Miller