**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

*Sheldon v. University of New Mexico, et al.*
1:23-cv-813 KWR-KRS

**Tuesday, September 8, 2026**

**Attorney for Plaintiff:** Marc Lowry

**Attorney for Defendants**: Joseph Haupt

**Proceeding**: Telephonic Status Conference

**Start Time:** 2:59 p.m.
**Stop Time:** 3:07 p.m.
**Total Time:** 8 minutes

**Clerk:** LDM

**NOTES**

- The Court greets the parties and enters their appearances.

- The Court states that it set this conference to inquire about the status of the case given that the stay has been lifted. The Court notes that the parties filed a joint notice saying that the plaintiff would be filing an amended complaint, is that correct, Mr. Lowry?

- Mr. Lowry confirms that is the case, and states that he can have the amended complaint filed in about three weeks.

- After further discussion, the Court sets a deadline of September 25 for Plaintiff to file a motion for leave to file an amended complaint, and if the motion is unopposed, Plaintiff can also submit a stipulated order granting the motion to the presiding judge's Chambers. Plaintiff indicates that the amended complaint will raise damages claims, and the Court states that once the defendants file their answers to any amended complaint that gets filed, the Court will issue an ISO so that a scheduling order can get entered.

- A further discussion is had regarding Mr. Lowry's reference to working with opposing counsel to possibly get the case resolved, but counsel agree that it would be too soon to schedule a settlement conference at this time.

- There being nothing further, Court adjourns.