**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**SKYLER SHELDON,**

**Plaintiff,**

**v.** **Case No. 1:23-cv-00813-KWR-KRS**

**THE UNIVERSITY OF NEW MEXICO,**
***a public university*,**
**THE UNIVERSITY OF NEW MEXICO**
**BOARD OF REGENTS, *in their official capacities*,**
**ANGELA CATENA, *in her official capacity*,**
**MICHELLE SANCHEZ, *in her official capacity*,**
**and BEN ZINKE, *in his official capacity*,**

**Defendants.**

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

COME NOW Conklin, Woodcock, Ziegler & Hazlett, P.C., on behalf of all Defendants, and Rothstein Donatelli, LLP, on behalf of Plaintiff, and jointly file this motion requesting that the Court extend the current Court deadline for Plaintiff to file his motion for leave to file an amended complaint by one week. Plaintiff has requested Defendants' position on his motion and provided a draft of the proposed first amended complaint, however, Defendants require additional time to consider this request and review and analyze the proposed first amended complaint. Per Court Order, the current deadline for Plaintiff's motion is September 25, 2026. [Doc. 74]. The parties request that the Court extend the current court ordered deadline for Plaintiff to file his motion for leave to file an amended complaint by one week, until October 2, 2026.

Respectfully Submitted,

CONKLIN, WOODCOCK, ZIEGLER & HAZLETT P.C.

By: */s/ Jacqueline Miller*
John K. Ziegler
Joseph C. Haupt
Jacqueline L. Miller
320 Gold SW, Suite 800
Albuquerque, NM 87102
Tel. (505) 224-9160
Fax (505) 224-9161
jkz@conklinfirm.com
jch@conklinfirm.com
jlm@conklinfirm.com
*Attorneys for Defendants*

And

ROTHSTEIN DONATELLI LLP

By: */s/ Marc M. Lowry (via Email 9/25/26)*
Marc M. Lowry
500 4TH St., NW Suite 400
Albuquerque, NM 87102
(505) 243-1443
mlowry@rothsteinlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Jacqueline L. Miller*
Jacqueline L. Miller